```
 1 | BENJAMIN B. WAGNER
   | United States Attorney
 2 | RUSSELL L. CARLBERG
   | Assistant United States Attorney
 3 | 501 I Street, Suite 10-100
   | Sacramento, California 95814
 4 | Telephone: (916) 554-2748
```



**FILED**

DEC 28 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SEALED APPLICATION AFFIDAVIT IN THE MATTER OF THE SEARCH OF 7666 Velaga Court Sacramento, CA 95828 | CR. NO. 2:11-SW-0551 CKD<br><br>Application For Order Unsealing the Application and Affidavit in Support of Search Warrant; [~~Proposed~~] Order |

TO THE HONORABLE CAROLYN K. DELANEY, UNITED STATES MAGISTRATE JUDGE:

COMES NOW Russell L. Carlberg, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. On December 23, 2011, this Court issued an order sealing the Application and Affidavit in Support of Search Warrant in the above-referenced case.

2. On December 27, 2011, federal agents executed the search warrant at the above-captioned address.

3. It is in the interests of the public and the administration of justice to unseal the application and affidavit in this case, and

1

there exists no further law enforcement need for the case to remain under seal.

THEREFORE, your petitioner prays that the aforesaid application and affidavit be unsealed and made part of the public record.

Dated: December 27, 2011

Respectfully submitted,

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

by: /s/ Russell L. Carlberg
RUSSELL L. CARLBERG
Assistant U.S. Attorney

THE COURT HEREBY ORDERS that the Application and Affidavit in Support of Search Warrant in case No. 2:11-SW-0551 CKD be unsealed and made part of the public record.

DATED: December 28, 2011

/s/ Carolyn Delaney
HON. CAROLYN K. DELANEY
United States Magistrate Judge